ACCEPTED
12-17-00255-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/1/2017 1:17 PM
Pam Estes
CLERK



FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/1/2017 1:17:48 PM
PAM ESTES
Clerk

SMITH COUNTY COURTHOUSE
100 N. BROADWAY 4th Floor
TYLER, TEXAS 75702

# D. Matt Bingham

**Criminal District Attorney**
**Smith County**

12th Court of Appeals 5720
Tyler, Texas (903) 590-1719
Michael J. West, Appellate Chief
Jennifer Barfield, Office Director

April Allison Sikes, First Assistant

December 1, 2017

12th Court of Appeals
1517 West Front Street, ste. 354
Tyler, Texas 75702

**Re:  12-17-00255-CR, Herring v. State - State's Letter Brief**.

To the Honorable Judges,

Appellant argues under a single point that his court costs in this case should be reduced based upon a Court of Criminal Appeals' decision holding that two portions of the Consolidated Court Cost fee were unconstitutional. *See Salinas v. State*, ___ S.W.3d ___, 2017 Tex. Crim. App. LEXIS 284, *11-16 (Tex. Crim. App. Mar. 8, 2017). The Court in *Salinas* mandated that its holding would apply only:

(1)   to defendants who raised the appropriate claim before March 8, 2017, the date that *Salinas* was decided, provided that the petition is still pending; or

(2)   prospectively, to trials that end after March 8, 2017.

*Id*. at 15.

The record shows that Appellant entered a plea of guilty and was convicted and sentenced on August 11, 2017 - approximately four months after the opinion in *Salinas*

was issued. (1 CR: 67, 85). A total of $383.00 in court costs were made attendant to this conviction. (1 CR: 85, 88). This total does not include the restitution ordered in the amount of $180.00. (1 CR 85).

The Bill of Costs in the record shows that, as part of the total court costs, Appellant was assessed $133.00 as a "Consolidated Court Cost fee" - parts of which have now been found to be unconstitutional by the holding of *Salinas*. (1 CR: 88). Specifically, the subsections of Tex. Local Gov't Code § 133.102 ordering payments made for "abused children's counseling" and "comprehensive rehabilitation" constituted a legislative overreach that serves no legitimate criminal justice purpose. *Salinas*, 2017 Tex. Crim. App. LEXIS 284 at *8, 10. The Court reasoned that directing court costs to these funds is unconstitutional on the basis that they violate a right of the courts under the separation of powers doctrine; there is no constitutional issue with the fee that relates to a defendant's personal rights. *Id*. at 14. In fact, the $133 total Consolidated Court Cost fee in this case could remain untouched, so long as the funds are redirected to a "legitimate criminal justice purpose." *Id*. at n. 54. However, as of the date of this reply brief, the Legislature has not yet acted to address the constitutional problem discussed in *Salinas* regarding the Consolidated Court Cost fee.

As a remedy to the unconstitutional legislative allocation of fees, the Court in *Salinas* modified the appellant's original court costs to remove the $133.00 Consolidated Court Cost fee. *Id*. at 16.

The State believes that the holding of *Salinas* is expressly and prospectively applicable as Appellant's trial was held after that opinion was issued. *Id.* at 15. Consequently, the State must concede that the Bill of Costs and the Order Withdrawing Funds should be modified to reflect actual court costs of $250.00 and not $383.00 as currently reflected. *See* Tex. R. App. P. 43.2 (b) (West 2017); *Salinas*, 2017 Tex. Crim. App. LEXIS 284 at *15; *Brewer v. State*, 572 S.W.2d 719, 723 (Tex. Crim. App. 1978) ("Where the Court has the necessary data and evidence before it for reformation, the judgment may be reformed on appeal.").

Thank you,

/s/   Michael J. West
Michael West
Asst. Criminal District Attorney
Bar I.D. No. 21203300
100 N. Broadway, 4th Fl.
Tyler, Texas 75702
(903) 590-1720
(903) 590-1719
mwest@smith-county.com

### CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the pertinent sections of the State's Letter Brief in the above numbered cause contain 502 words, an amount which complies with Texas Rule of Appellate Procedure 9.4.

/s/   Michael J. West
Michael J. West
Asst. Criminal District Attorney
Bar I.D. No. 21203300

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 1ˢᵗ day of December, 2017, the following have been completed:

(1) The original of the State's Letter Brief in Response to Appellant's Brief in the above numbered cause has been electronically filed with the Clerk of the Court of Twelfth Court of Appeals.

(2) A legible copy of the State's Response to Appellant's Brief in the above numbered cause has been sent by electronic filing to:

Mr. Austin Jackson
Attorney at Law
305 S. Broadway, Ste. 700
Tyler, Texas 75702
JlawAppeals@gmail.com

/s/   Michael J. West
Michael J. West
Asst. Criminal District Attorney
Bar I.D. No. 21203300
100 N. Broadway, 4th Fl.
Tyler, Texas 75702
(903) 590-1720
(903) 590-1719